**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TERRELL ODEN, | No. 24-5281 |
| Plaintiff - Appellant, | D.C. No. 5:22-cv-06980-BLF |
| v. | |
| J. REED; J. PEFFLEY, | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Beth Labson Freeman, District Judge, Presiding

Submitted April 22, 2026[**]

Before:      LEE, DESAI, and JOHNSTONE, Circuit Judges.

California state prisoner Terrell Oden appeals pro se from the district court's

summary judgment in his 42 U.S.C. § 1983 alleging retaliation in violation of the

First Amendment.  We have jurisdiction under 28 U.S.C. § 1291.  We review de

novo.  *Desire, LLC v. Manna Textiles, Inc.*, 986 F.3d 1253, 1259 (9th Cir. 2021).

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We affirm.

The district court properly granted summary judgment because Oden failed to raise a genuine dispute of material fact as to whether defendant Reed found Oden guilty of fraud because of Oden's protected conduct or whether the guilty finding did not reasonably advance a legitimate correctional goal. *See Rhodes v. Robinson*, 408 F.3d 559, 567-68 (9th Cir. 2005) (setting forth elements of retaliation claim in the prison context); *see also Brodheim v. Cry*, 584 F.3d 1262, 1271 (9th Cir. 2009) (explaining that "[t]o prevail on a retaliation claim, a plaintiff must show that his protected conduct was "the 'substantial' or 'motivating' factor behind the defendant's conduct" (citation omitted)).

**AFFIRMED.**